Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the

_____ District of Oregon

_Eugene_ Division

Jeremy L. Dodds
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

(Eugene Pd) or cr.

EUGENE POlrcE
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 6:23-CV-00092-AA
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☒Yes ☐No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name  Home  Jeremy L. Dodds
Address  1006 W. 7th  A 10
Eugene   OR   97402
*City*   *State*   *Zip Code*
County  LANE
Telephone Number  541.913.9288 / 541-600-7892
E-Mail Address  Untouchable professional service @
Sanai.l ( 101 W. 5th Eugene OR 97402 )
SAX-U1

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name  DrA60
Job or Title *(if known)*  Eugene Police officer
Address  300 Country Club rD
Eugene   OR.   97401
*City*   *State*   *Zip Code*
County  LANE
Telephone Number
E-Mail Address *(if known)*

[X] Individual capacity    [X] Official capacity

Defendant No. 2

Name  Micheal Breossord
Job or Title *(if known)*  Eugene Police officer
Address  300 Country Club rD
Eugene   OR.   9940 )
*City*   *State*   *Zip Code*
County
Telephone Number
E-Mail Address *(if known)*

[X] Individual capacity    [X] Official capacity

officer Bond
Eugene Police officer
300 Country club rD  [X] official
Eugene OR, 97401  [X] individual

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
   Name: LT. POPE
   Job or Title (if known): Eugene Police lieutenant
   Address: 300 Country club rd
            Eugene, OR. 97401
            City    State   Zip Code
   County:
   Telephone Number:
   E-Mail Address (if known):

   [X] Individual capacity   [X] Official capacity

Defendant No. 4
   Name: officer PAOKI
   Job or Title (if known): Eugene Police officer
   Address: 300 Country Club rd
            Eugene, OR, 97401
            City    State   Zip Code
   County:
   Telephone Number:
   E-Mail Address (if known):

   [X] Individual capacity   [X] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

   [ ] Federal officials (a *Bivens* claim)

   [X] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   Assault & Battery / False arrest / failure to submit evidence
   Invasion of privacy

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?  false arrest / assault & battery
   Failure to submit evidence

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. The Police threw me down unecesaraly I am recovering from a car accident

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

1006 W 7th Eugene OR.

B. What date and approximate time did the events giving rise to your claim(s) occur?

November 28th 2022

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* (Shining lights in my windows) my neighbors saw everything, I also have a recording officers threw me to the ground, when I wasnt resisting threw my keys at my neighbor Amy Lackey. Then threatened to arrest her for making a statement Eroneously accused me of stalking, I submitted Bodycam to officer Bord which he ignored, told other officers I hung up on him & put out an ATL. After I submitted a complaint to City Auditor (retaliation) They arrested me based on hearsay, when I showed them I was being Harrased / threatened

Page 4 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I am currently recovering from a car accident. Officers tackled me & threw knees in my back when I wasn't resisting everything my neck/back injuries were re-arrivated (Broken neck)

I have SEVERAL witnesses.

As well as video footage

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Officers threw me down and put knees into my back when I wasn't resisting. They asked me to show them evidence. They had no patience. When the original Investigating officer called I gave him evidence that was not turned over to the D.A. Had they done this, there would be no case. They threatend my neighbor. I am requesting & pray for $5000 from each officer. They also lied about evidence

**VI.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/13/23

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Jeremy Leroy Dodds

**B.    For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: Willow Hillman
Bar Number: #153514
Name of Law Firm: Lane Co. Consortium
Address: 44 W. Broadway STE 222
Eugene   OR   97401
City   State   Zip Code
Telephone Number: 541-735-3678
E-mail Address: willow@willowhillmanlaw.com