## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

## EUGENE DIVISION

**JEREMY DODDS**,

        Plaintiff,

    v.

**EUGENE POLICE**,

        Defendant.

6:23-cv-00092-AA
**OPINION & ORDER**

_____

AIKEN, District Judge:

Plaintiff seeks to proceed in forma pauperis ("IFP") in this case.  ECF No. 2. The Court screened Plaintiff's Complaint according to the IFP statute, 28 U.S.C. § 1915(a)(1), 28 U.S.C. § 1915(e)(2)(B).  On October 31, 2023, the Court denied with leave to renew Plaintiff's motion to proceed IFP and dismissed with leave to amend Plaintiff's Complaint.  The Court ordered Plaintiff to file an amended complaint within 30 days.  ECF No. 5.  The Court stated, "Plaintiff is advised that failure to timely file an amended complaint will result in entry of a judgment of dismissal without further notice." *Id*.

Page 1 of 2 – OPINION & ORDER

As of this date, Plaintiff has failed to file an amended complaint. Therefore, this case is DISMISSED in accordance with Local Rule 41. Judgement accompanying this order shall be entered accordingly.

It is so ORDERED and DATED this 28th day of May 2024.


  /s/Ann Aiken

Ann Aiken
United States District Judge